# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMANTHA M. BANNER,

            Plaintiff,      :      Case No. 3:16-cv-388

                                                  District Judge Walter Herbert Rice  
- vs -                             Magistrate Judge Michael R. Merz

AT&T, et al.,

            Defendants.     :

## RECUSAL ORDER

By virtue of a very minor stock holdings in Defendant AT&T, the undersigned is disqualified from adjudicating this case and hereby recuses himself.  The Clerk is ordered to reason this case to one of the other active Magistrate Judges in Dayton.

September 9, 2016.

                                                     s/ *Michael R. Merz*  
                                                  United States Magistrate Judge