AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| SAMANTHA M. BANNER | ) |
| *Plaintiff* | ) |
| v. | ) |
| THE OHIO BELL TELEPHONE CO., et al | ) |
| *Defendant* | ) |

Civil Action No.  3: 16-cv-388

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:    Judgment entered in favor of Defendants and against Plaintiff.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Walter H. Rice _____ on a motion for

Date:    7/11/17 _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*